Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jiffy Lube International, Inc. dba Jiffy Lube #2803, et al.,<br><br>    Defendant. | CIV.S 07-2125 LEW CMK<br><br>**Plaintiff's Request to Continue the Filing of the Joint Status Report and Order Thereon**<br><br>Honorable Ronald S. W. Lew |

Plaintiff hereby requests that the date for filing the Joint Status Report be continued at least thirty-(30) days, or alternatively, until Defendants, Jeremy Pike dba Jiffy Lube #2803 and Ida R. Pastega, Trustee of the Ida R. Pastega Trust dated June 12, 1997 (hereinafter "Defendants"), have responded to Plaintiff's Complaint.

*Feezor v. Jiffy Lube International, Inc., et al.*, Case No. CIV.S 07-2125 LEW CMK
Plaintiff's Request to Continue the Filing of the Joint Status Report

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff amended his Complaint on December 4, 2007 to correctly
2  name the business owner of the Jiffy Lube #2803, which is the subject of the
3  litigation. *See* Docket No. 7. Plaintiff is in the process of serving the parties
4  named in his Amended Complaint. Plaintiff sent the Amended Complaint to a
5  process server on December 13, 2007 to serve Defendant Jeremy Pike.
6  Counsel for the Ida R. Pastega Trust has agreed to accept service and Plaintiff
7  sent counsel a Waiver of Service of Summons on December 13, 2007.
8  Plaintiff feels that if the deadline for filing the Joint Status Report is continued
9  it would allow Defendants ample time to appear in this action.
10  Therefore, Plaintiff respectively submits that it would be counter
11 productive to file a status report at this time and requests that the deadline be
12 continued for at least thirty-(30) days.

13 Dated: December 18, 2007       LAW OFFICES OF LYNN HUBBARD

15       /s/ Lynn Hubbard, Esquire           /
16      LYNN HUBBARD, III
17      Attorney for Plaintiff

18 **ORDER**

20 **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
21 that the Joint Status Report be filed on or before February 1, 2008 with the
22 meet and confer under Rule 26(f) to occur fourteen (14) days prior to the
23 filing deadline.

25 Dated: December 18, 2007
              /s/ Ronald S. W. Lew_____
26            UNITED STATES DISTRICT JUDGE

27
28

*Feezor v. Jiffy Lube International, Inc., et al.*, Case No. CIV.S 07-2125 LEW CMK
Plaintiff's Request to Continue the Filing of the Joint Status Report
Page 2

PDF created with pdfFactory trial version www.pdffactory.com