Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor, | CIV.S 07-02125-LEW-CMK |
| Plaintiff, | **Stipulation to Continue the Filing of the Joint Status Report and Order Thereon** |
| vs. | |
| Jiffy Lube International, Inc. dba Jiffy Lube #2803, et al., | Honorable Ronald S. Lew |
| Defendants. | |

*Feezor v. Jiffy Lube International, Inc., et al.*, Case No. CIV.S 07-2125 LEW CMK
Stipulation to Continue the Filing of the Joint Status Report

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between Plaintiff, Lary Feezor ("Feezor"), and Defendant, Jeremy Pike dba Jiffy Lube #2803 ("Jiffy Lube") and their respective counsel (collectively, "the Parties), that the date for filing the Joint Status Report be continued at least thirty (30) days. The Parties make this request based on the following reasons:

1. Feezor has been made aware that an additional party, William R. Ditmars, needs to be named as a defendant.

2. Feezor and Jiffy Lube anticipate filing a Stipulation to Amend the Complaint within the next three (3) days to include the new party.

3. The Parties feel it would be meaningless to file a Joint Status Report until all the necessary parties have been named, served, and are able to participate.

Therefore, the Parties respectively submit that it would be counter-productive to file a Joint Status Report at this time and request that the deadline be continued at least thirty-(30) days.

Dated: January 31, 2008        DISABLED ADVOCACY GROUP, APLC


                                */s/ Lynn Hubbard, III, Esquire*
                                LYNN HUBBARD, III
                                Attorney for Plaintiff


Dated: January 31, 2008        MAIRE & BEASLEY


                                */s/ Gary E. Haslerud, Esquire*
                                GARY E. HASLERUD
                                Attorney for Defendant Jeremy Pike

*Feezor v. Jiffy Lube International, Inc., et al.*, Case No. CIV.S 07-2125 LEW CMK
Stipulation to Continue the Filing of the Joint Status Report
Page 2

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Joint Status Report be filed on or before March 7, 2008 with the meet and confer under Rule 26(f) to occur fourteen (14) days prior to the filing deadline.

Dated: January 31, 2008

                     /s/ Ronald S. W. Lew_____
                     UNITED STATES DISTRICT JUDGE

*Feezor v. Jiffy Lube International, Inc., et al.*, Case No. CIV.S 07-2125 LEW CMK
Stipulation to Continue the Filing of the Joint Status Report
Page 3

PDF created with pdfFactory trial version www.pdffactory.com