LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>JIFFY LUBE INTERNATIONAL, INC., et al,<br><br>    Defendants. | No. CIV.S-07-02125-LEW-CMK<br><br>**Stipulation to Amend the Complaint** |

The parties, subject to approval of the Court, hereby stipulate as follows:

1. Plaintiff brought this action concerning Jiffy Lube #2803 and the surrounding property located at 190 Main Street, Red Bluff, California.

2. Through cooperation with the defendants, it has come to plaintiff's attention that defendant Ida R. Pastega, Trustee of the Ida R. Pastega Trust Dated June 12, 1997 was improperly named in this suit.

*Feezor v. Jiffy Lube International, Inc., et al.*　　　　Case No. CIV.S-07-02125-LEW-CMK
**Stipulation to Amend the Complaint**

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff now wishes to name William R. Ditmars as a defendant, as he is the correct party.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Proposed Second Amended Complaint.

5. The parties hereby stipulate, good cause being shown, that the Complaint should be amended a second time to include this new entity.

6. Defendant Jeremy Pike dba Jiffy Lube #2803 shall not be required to file an Answer to the Second Amended Complaint; his initial answer shall be deemed responsive.

Dated:  February 1, 2008          DISABLED ADVOCACY GROUP, APLC


                                   */s/ Lynn Hubbard, III, Esquire*
                                  LYNN HUBBARD, III
                                  Attorney for Plaintiff Lary Feezor


Dated:  January 31, 2008          MAIRE & BEASLEY


                                   */s/ Gary E. Haslerud, Esquire*
                                  GARY E. HASLERUD
                                  Attorney for Defendant Jeremy Pike


## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Plaintiff leave to file his Second Amended Complaint.

Dated:  February 1, 2008          /s/ Ronald S. W. Lew
                                  United States District Court Judge

*Feezor v. Jiffy Lube International, Inc., et al.*              Case No. CIV.S-07-02125-LEW-CMK
**Stipulation to Amend the Complaint**

PDF created with pdfFactory trial version www.pdffactory.com