1 LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 **LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
3 Chico, CA 95926
Telephone: (530) 895-3252
4 Fax: (530) 894-8244

5 Attorneys for Plaintiff Lary Feezor

6

7 GARY HASLERUD, SBN 178023
**MARIE & BEASLEY**
8 44 Montgomery Street, Suite 400
San Francisco, CA 94104
9 Telephone: (415) 989-5900
Fax: (213) 250-7900
10

11 Attorneys for Defendant Jeremy Pike dba Jiffy Lube #2803

12

13 MICHAEL SCHEIBLI (SBN: 196748)
**LAW OFFICE OF MICHAEL A. SCHEIBLI**
14 1416 West Street
Redding CA 96001
15 Telephone: (530) 243-0317
Fax: (530) 243-2003

16

17 Attorneys for Defendant William R. Ditmars

18              UNITED STATES DISTRICT COURT

19               EASTERN DISTRICT OF CALIFORNIA

20 Lary Feezor,                          Case No. CIV. S-07-02125-JAM-CMK

21       Plaintiff,

22
   v.                                    **STIPULATION OF DISMISSAL AND
23                                       ORDER THEREON**

24 Jeremy Pike dba Jiffy Lube #2803; William
   R. Ditmars,
25
   Defendants.
26 _____/

27

28

Stipulation of Dismissal and [Proposed] Order Thereon           *Feezor v. Pike, et al*
                                                          CIV. S-07-02125-JAM-CMK

TO THE COURT AND ALL PARTIES:

Pursuant to Settlement Agreements reached between all parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action. Each party shall bear its own attorneys' fees and costs.

Dated: March 25, 2009                  DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 24, 2009                  MARIE & BEASLEY

*/s/ Gary Haslerud*
GARY HASLERUD
Attorney for Defendant Jeremy Pike dba Jiffy Lube #2803

Dated: March 24, 2009                  LAW OFFICE OF MICHAEL A. SCHEIBLI

*/s/ Michael A. Scheibli*
MICHAEL A. SCHEIBLI
Attorney for Defendant William R. Ditmars

**ORDER**

IT IS HEREBY ORDERED that all claims (including plaintiff's complaint and defendant's cross-claim) under USDC Case No. CIV.S-07-02125-JAM-CMK are hereby dismissed with prejudice. Each Party shall bear their own attorneys' fees and costs.

Dated: March 25, 2009      /s/ John A. Mendez
                                        United States District Court Judge